No. 78–1943. THOMPSON *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari, vacate judgment, and remand case for further consideration in light of *Brown* v. *Texas,* 443 U. S. 47 (1979).